ROGER L. MEREDITH, ESQ. - #83803
INGRID A. EBERLE, ESQ. - #220342
ANGELA T. MITCHELL, ESQ. - #241188
LAW OFFICES OF ROGER L. MEREDITH
220 Montgomery Street, Suite 496
San Francisco, California 94104
Telephone: (415) 616-5959
Facsimile: (415) 788-3234

Attorney for Defendants
PIZZA PINO & KITCHEN,
SAID BELAYADI, SABOUNE OUSSAMA

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>PLAINTIFFS,<br><br>V.<br><br>PIZZA PINO & KITCHEN; SABOUNE OUSSAMA; SAID BELAYADI; and OCTAVIA INVESTMENTS CO., LTD., a California Limited Partnership,<br><br>DEFENDANTS. | Case No. CV-09-1592-MHP<br><br>ORDER AFTER STIPULATION OF PARTIES GRANTING LEAVE TO FILE AND SERVE THIRD-PARTY COMPLAINT |

All parties to the instant action have stipulated and agreed that Defendants PIZZA PINO & KITCHEN, SAID BELAYADI, and SABOUNE OUSSAMA may file and serve a Third-Party Complaint against EZZELDIN AHMAD ABUALHASSAN individually and d.b.a. CONTEMPO GOLD STAR INSURANCE MARKETING and GOLDEN EAGLE INSURANCE .

As all parties have stipulated and consented that the third parties be joined, and the Court finding no obstacle to the joinder of the third parties, it is:

ORDERED that:

1. Defendant and Third-Party Plaintiffs may file and serve the Third-Party Complaint attached to the motion on EZZELDIN AHMADABUALHASSAN individually and d.b.a. CONTEMPO GOLD STAR INSURANCE MARKETING and GOLDEN EAGLE INSURANCE.

2. The Clerk of this Court will issue a Summons and deliver it to the moving Defendants and Third-Party Plaintiffs for service on the Third-Party Defendants along with a copy of the Third-Party Complaint as shown in the attachment to the motion.

3. The moving Defendant and Third-Party Plaintiff must serve or cause to be served the Summons and Third-Party Complaint on the Third-Party Defendant in the manner specified in Rule 4 of the Federal Rules of Civil Procedure and must do so forthwith, and in no even later than __April 1, 2010_____[date].

Date: 3/9/2010

_____
UNITED STATES DISTRICT COURT JUDGE



Belayadi-3rdOrd2-pldg

ORDER AFTER STIPULATION OF PARTIES GRANTING LEAVE TO FILE AND SERVE THIRD-PARTY COMPLAINT 2