KEVIN G. McCURDY (SBN 115083)
ROBERT J. SCOTT, JR. (SBN 151775)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: robert.scott@mccurdylawyers.com

Attorneys for Third-Party Defendant
AMERICAN ECONOMY INSURANCE COMPANY
Erroneously sued as Golden Eagle Insurance

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PIZZA PINO & KITCHEN; SABOUNE OUSSAMA; SAID BELAYADI; and OCTAVIA INVESTMENTS CO., LTD. a California Limited Partnership,<br><br>Defendants. | CASE NO. CV-09-1592-MHP<br><br>**STIPULATION TO EXTEND TIME FOR AMERICAN ECONOMY INSURANCE COMPANY, ERRONEOUSLY SUED AS GOLDEN EAGLE INSURANCE, TO RESPOND TO THIRD-PARTY COMPLAINT (N.D. CIVIL L.R. 6-1)** |
| PIZZA PINO & KITCHEN; SABOUNE OUSSAMA; and SAID BELAYADI,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>EZZELDIN AHMAD ABUALHASSAN, individually and dba CONTEMPO GOLD STAR INSURANCE MARKETING; GOLDEN EAGLE INSURANCE<br><br>Third-Party Defendants | |

37527

**STIPULATION TO EXTEND TIME FOR AMERICAN ECONOMY INSURANCE COMPANY, ERRONEOUSLY SUED AS GOLDEN EAGLE INSURANCE, TO RESPOND TO THIRD-PARTY COMPLAINT**

It is hereby stipulated between third-party plaintiffs Pizza Pino & Kitchen, Said Belayadi and Saboune Oussama and third-party defendant American Economy Insurance Company, erroneously sued herein as Golden Eagle Insurance ("AEIC"), by and through their respective attorneys of record, that AEIC shall have a 14 day extension to and including April 19, 2010, in which to answer or otherwise plead in response to the third-party complaint for declaratory relief on file herein.

It is so stipulated.

DATED: March 30, 2010

LAW OFFICE OF ROGER L. MEREDITH

_____
Roger L. Meredith

Attorneys for Third-Party Plaintiffs
PIZZA PINO & KITCHEN; SABOUNE OUSSAMA; and SAID BELAYADI

DATED: March 30, 2010

McCURDY & FULLER LLP

_____
Robert J. Scott, Jr.

Attorneys for Third-Party Defendant
AMERICAN ECONOMY INSURANCE COMPANY (erroneously sued as Golden Eagle Insurance)

4/8/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

37527

STIPULATION TO EXTEND TIME FOR AMERICAN ECONOMY INSURANCE COMPANY, ERRONEOUSLY SUED AS GOLDEN EAGLE INSURANCE, TO RESPOND TO THIRD-PARTY COMPLAINT

2