```
ROGER L. MEREDITH, ESQ. - #83803
INGRID A. EBERLE, ESQ. - #220342
ANGELA T. MITCHELL, ESQ. - #241188
LAW OFFICES OF ROGER L. MEREDITH
220 Montgomery Street, Suite 496
San Francisco, California 94104
Telephone: (415) 616-5959
Facsimile:  (415) 788-3234

Attorney for Defendants and
Third-Party Plaintiffs
PIZZA PINO & KITCHEN,
SAID BELAYADI, SABOUNE OUSSAMA
```

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    PLAINTIFFS,<br><br>V.<br><br>PIZZA PINO & KITCHEN; SABOUNE OUSSAMA; SAID BELAYADI; and OCTAVIA INVESTMENTS CO., LTD., a California Limited Partnership,<br><br>    DEFENDANTS.<br><br>PIZZA PINO & KITCHEN; SABOUNE OUSSAMA; and SAID BELAYADI,<br><br>    THIRD-PARTY PLAINTIFFS,<br><br>V.<br><br>EZZELDIN AHMAD ABUALHASSAN | Case No. CV-09-1592-MHP<br><br>STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT |

STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT                                                    1

```
1  individually and d.b.a. CONTEMPO GOLD  )
   STAR INSURANCE MARKETING;              )
2  GOLDEN EAGLE INSURANCE,                )
3                                         )
           THIRD-PARTY DEFENDANTS.        )
4  _____
```

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned THIRD PART COMPLAINT be and hereby is dismissed without prejudice pursuant to FRCP 41 (a)(1).

Date: 6/15/11

_____
ROGER MEREDITH
Attorney for Defendants and
Third-party Plaintiffs
PIZZA PINO & KITCHEN,
SAID BELAYADI, SABOUNE OUSSAMA

Date:

_____
THOMAS FRANKOVICH
Attorney for Plaintiffs
CRAIG YATES, an individual; and
DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

ZANGHI TORRES ARSHAWSKY LLP

Date:

By:  _____
     FRANCISCO GARRETT TORRES
     Attorney for Defendant
     OCTAVIA INVESTMENTS CO., LTD., a
     California Limited Partnership

| | |
|---|---|
| 1 | individually and d.b.a. CONTEMPO GOLD ) |
| 2 | STAR INSURANCE MARKETING; ) |
|   | GOLDEN EAGLE INSURANCE, ) |
| 3 | ) |
| 4 | THIRD-PARTY DEFENDANTS. ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned THIRD PART COMPLAINT be and hereby is dismissed without prejudice pursuant to FRCP 41 (a)(1).

Date: _____

ROGER MEREDITH
Attorney for Defendants and
Third-party Plaintiffs
PIZZA PINO & KITCHEN,
SAID BELAYADI, SABOUNE OUSSAMA

Date: _____

THOMAS FRANKOVICH
Attorney for Plaintiffs
CRAIG YATES, an individual; and
DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

ZANGHI TORRES ARSHAWSKY LLP

Date: 11/30/10

By: _____
FRANCISCO GARRETT TORRES
Attorney for Defendant
OCTAVIA INVESTMENTS CO., LTD., a
California Limited Partnership

STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT 2

Date: _____ *Ronald Galasi* (signature)

RONALD S. GALASI
Attorney Third-party Defendant
EZZELDIN AHMAD ABUALHASSAN
individually and d.b.a. CONTEMPO GOLD STAR
INSURANCE MARKETING

Belayadi-3rdpartycmp-dismissal

IT IS SO ORDERED:

_____
EDWARD M. CHEN
U.S. District Judge

*IT IS SO ORDERED — Judge Edward M. Chen* (seal: United States District Court, Northern District of California)

RE:  Yates et al. v. Pizza Pino & Kitchen, et al.          Case No. CV-09-1592-MHP
US DISTRICT COURT                        NORTHERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF SERVICE BY MAIL
(F.R.C.P. 5)

Donna M. Lopez certifies and declares as follows:  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 220 Montgomery Street, Suite 496, San Francisco, California, which is located in the county where the mailing described below took place.  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  Documents were also emailed to the email addresses listed below.

On June 16, 2011, at my place of business at 220 Montgomery Street, San Francisco, California, a copy of the attached [following] document(s):

Stipulation of Dismissal of Third Party Complaint

was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, and emailed to:

*Via Email:tfrankovich@disabilitieslaw.com*
Thomas E. Frankovich
Thomas E. Frankovich, PLC
4328 Redwood Highway, Suite 300
San Rafael, CA 94903

*Via Email:  ftorres@ztalaw.com*
Francisco Garrett Torres
Zanghi Torres Arshawsky LLP
703 Market Street, Suite 1600 San Francisco, CA 94103

*Via email:* *Robin_Siefkin@cand.uscourts.gov*
Robin Siefkin
ADR Program Staff Attorney
USDC ND CA
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

That envelope was placed for collection and mailing on that date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 16, 2011 at San Francisco, California.

/ s / *Donna M. Lopez*
_____
Donna M. Lopez

Proof of Service                                                  Case No. CV-09-1592-MHP